JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MILLER, *et al*.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 5:25-cv-00958-KK-ACCV<br>**ORDER** |

The Court is in receipt of the Parties' Notice of Settlement & Joint Request to Vacate Pre-Trial and Trial Dates. As the Court has been advised that this case has settled, it GRANTS the Parties' request as follows:

All pending pre-trial and trial dates and deadlines in this matter, including the October 8, 2026 Final Pretrial Conference and October 26, 2026 Trial are VACATED.

The Parties shall file a Request for Dismissal within 60 days of this order, or in the alternative, a Joint Status Report advising the Court on the status of the dismissal of this action.

IT IS SO ORDERED.

Dated: August 25, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE